IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00436-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JESUS NUNEZ,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Sentencing is rescheduled to **February 18, 2010, at  9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 4, 2009

                                                s/ Jane Trexler, Judicial Assistant