IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer
Court Reporter: Terri Lindblom
Probation Officer: Elizabeth Oppheinmer
Interpreter: Ellen Kraver

Date: February 18, 2010

**Criminal Action No.  07-cr-00436-WDM-1**

<u>Parties</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.  JESUS NUNEZ,

    Defendant.

<u>Counsel</u>

Susan Knox

Scott Reisch

## COURTROOM MINUTES - SENTENCING MINUTES

**9:02 a.m.     Court in session**.

Defendant is present in court in custody .

Appearances of counsel.

Interpreter is sworn.

Opening statements by the court.

Defendant entered his plea of guilty to Count 1 of the Indictment on June 9, 2009.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statements to the Court by Mr. Reisch for the defendant.

*9:10 a.m. - 9:15 a.m.  Bench Conference*

Statements to the Court by the Defendant.

Statements to the Court by Ms. Knox for the government.

Response by Mr. Reisch.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 360 months to life | 360 months |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | Precluded | Not recommended |
| **Fine** | $25,000 to $4,000.000 | Not recommended |
| **Special Assessment** | $100.00 | $100.00 due immediately |
| **Restitution** | Not recommended | Not recommended |
| **Community Service** | Not recommended | Not recommended |

**ORDERED:** Defendant's plea of guilty to Count 1 of the Indictment is accepted.

**ORDERED:** Defendant shall be **imprisoned** for **one hundred eighty (180) months** on Count 1 of the Indictment.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of five (5) years.

**ORDERED: Conditions of Supervised Release that:**

    (X)    Within 72 hours of release from the custody of the Bureau of Prisons,

|     |     |
| --- | --- |
|     | defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not illegally possess controlled substances. |
| (X) | Defendant shall not possess a firearm or destructive device. |
| (X) | Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission. |
| (X) | Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. |
| (X) | Defendant shall cooperate in the collection of DNA as directed by the probation officer. |

**ORDERED: Special Condition of Supervised Release that:**

(X)   If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00**  to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:   No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**It is ORDERED:**

1. That the Defendant's Motion for Departure *Motion for Downward Variance From Advisory Guidelines Range Sentence* [#258] filed November 2, 2009, is **DENIED.**

2. That the Government's Motion for Order - *Government's Motion Regarding Acceptance of Responsibility* [#301] filed February 9, 2010, is **GRANTED.**

3. That the Government's Motion for Downward Departure Pursuant to 5K1.1 *Government's Title 18 U.S.C. § 35539 (e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance* [#302] filed February 12, 2010, is **GRANTED.**

4. That the Defendant's Motion to Dismiss - *Motion to Dismiss Original Indictment as to Defendant Jesus Nunsez* [#304] filed February 12, 2010, is

**GRANTED.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:44 a.m**   **Court in recess.**

Total in court time. 00:42 minutes
Hearing concluded.